# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2017

155610

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* L. K. RUFFIN, Minor.

SC: 155610
COA: 334126
Wayne CC Family Division:
15-521384-NA

_____/

On order of the Court, the application for leave to appeal the March 16, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2017

p0425

Clerk